# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

145211

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CALVIN RANDOLPH, JR.,
      Defendant-Appellant.

SC: 145211
COA: 309332
Muskegon CC: 07-055605-FH

_____/

      On order of the Court, the application for leave to appeal the May 9, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

h0917